SEALED
FILED
JAN 28 2011
CLERK, U.S. [DISTRICT COURT]
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF<br><br>RAUL MEJIA VAZQUEZ<br>   aka Raúl Mejía Vázquez,<br><br>        Fugitive. | NO. 1:11 mc 00003 sms<br><br>**UNDER SEAL**<br><br>ORDER SEALING THE COMPLAINT AND ORDER AUTHORIZING PROVISIONAL ARREST |

    The United States of America has submitted a complaint and order authorizing the provisional arrest of the above-referenced subject pursuant to a request by the Mexican government under 18 U.S.C. § 3184,

    IT IS HEREBY ORDERED that the complaint and order authorizing provisional arrest shall be filed under <u>seal</u> and shall not be disclosed pending further order of this Court.

Dated: Jan. 28, 2011

_____
THE HON. SANDRA M. SNYDER
United States Magistrate Judge

-1-
Order Sealing the Complaint and Order Authorizing Provisional Arrest