SEALED
FILED

JAN 28 2011

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF | NO. 1:11-mc-00003 SMS |
| RAUL MEJIA VAZQUEZ<br>   aka Raúl Mejía Vázquez,<br><br>        Fugitive. | **UNDER SEAL**<br><br>ORDER AUTHORIZING PROVISIONAL<br>ARREST PURSUANT TO 18 U.S.C.<br>§ 3184 |

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant United States Attorney Ian L. Garriques, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that RAUL MEJIA VAZQUEZ, aka Raúl Mejía Vázquez, should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184 and the Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the provisional arrest of RAUL MEJIA VAZQUEZ, aka Raúl Mejía Vázquez, be issued.

Dated: 1/28/11

THE HON. SANDRA M. SNYDER
United States Magistrate Judge

-1-
Order Authorizing Provisional Arrest Pursuant to 18 U.S.C. § 3184