

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EXTRADITION OF<br><br>RAUL MEJIA VAZQUEZ<br>   aka Raúl Mejía Vázquez,<br><br>              Fugitive. | NO. 1:11-MC-00003-SMS<br><br>ORDER UNSEALING THE COMPLAINT AND<br>ORDER AUTHORIZING PROVISIONAL<br>ARREST |

The complaint and order in this case having been sealed by this Court on January 28, 2011, and it appearing that they no longer need to remain secret based on the subject's arrest,

IT IS HEREBY ORDERED that the complaint and order be unsealed and made public record.

DATED: 9/12/11

_____
United States Magistrate Judge